DICKINSON WRIGHT PLLC
Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

ARNOLD & PORTER
David B. Schwartz (*pro hac vice forthcoming*)
Jami Vibbert (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019-9710
Tel:    212-836-7383/212-836-7950
Fax:    212-836-8689
Email: david.schwartz@arnoldporter.com
Email: jami.vibbert@arnoldporter.com

ARNOLD & PORTER
Daniel E. Raymond (*pro hac vice forthcoming*)
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel:    312-583-2379
Fax :   312-583-2360
Email: daniel.raymond@arnoldporter.com

*Attorneys for Defendant Mayne Pharma
Commercial, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| N.O. and H.H., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAYNE PHARMA COMMERCIAL, LLC, THERAPEUTICSMD, INC., DPT LABORTORIES, LTD., and MITHRA PHARMACEUTICALS SA, <br><br> Defendants. | Case No.: 2:25-cv-02593-CDS-DJA <br><br> **JOINT MOTION** ~~**STIPULATION**~~ **AND [~~PROPOSED~~] ORDER EXTENDING THE TIME FOR MAYNE PHARMA COMMERCIAL, LLC TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT (FIRST REQUEST)** |

1

Defendant Mayne Pharma Commercial, LLC ("Mayne Pharma") and Plaintiffs N.O. and H.H. (collectively "Plaintiffs"), by and through their respective undersigned counsel of record, hereby submit this Stipulation and [Proposed] Order Extending The Time for Mayne Pharma Commercial, LLC to Answer, Respond or Otherwise Plead to Complaint (First Request) filed in this action:

1.  Plaintiffs filed their class-action Complaint on December 24, 2025, (ECF No. 1).

2.  Mayne Pharma was served with the Complaint on December 30, 2025 (ECF No. 5).

3.  Pursuant to FRCP 12(a)(1)(A)(i), Mayne Pharma's deadline to answer, move or otherwise respond to the Complaint is January 20, 2026.

4.  Mayne Pharma is in the process of investigating and assessing the allegations and claims asserted in the Complaint but requires additional time to do so.

5.  Accordingly, the Parties hereby stipulate and agree to an extension of time to and including **Monday, March 23, 2026**, for Mayne Pharma to answer, move or otherwise respond to the Complaint.

6.  This is first request for an extension of time for Mayne Pharma to answer, move or otherwise respond to the Complaint.

//
//
//
//
//
//
//
//
//
//
//

2

7.   This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 16 day of January 2026.

| KAZEROUNI LAW GROUP, APC | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ Mona Amini* | */s/ Michael N. Feder* |
| Mona Amini | Michael N. Feder |
| Nevada Bar No. 15381 | Nevada Bar No. 7332 |
| 6940 S. Cimarron Road, Suite 210 | Gabriel A. Blumberg |
| Las Vegas, NV 89113 | Nevada Bar No. 12332 |
| Tel: 800-400-6808 | 3883 Howard Hughes Parkway, Suite 800 |
| Fax: 800-520-5523 | Las Vegas, Nevada 89169 |
| Email: mona@kazlg.com | Tel: 702-550-4400 |
| | Fax: 844-670-6009 |
| SIRI & GLIMSTAD LLP | Email: mfeder@dickinsonwright.com |
| Tyler J. Bean | Email: gblumberg@dickinsonwright.com |
| Sonjay C. Singh | |
| 745 Fifth Avenue, Suite 500 | ARNOLD & PORTER |
| New York, NY 10151 | David B. Schwartz (*pro hac vice forthcoming*) |
| Tel: 212-532-1091 | Jami Vibbert (*pro hac vice forthcoming*) |
| Email: tbean@sirillp.com | 250 West 55th Street |
| Email: ssingh@sirllp.com | New York, NY 10019-9710 |
| | Tel:   212-836-7383/212-836-7950 |
| *Attorneys for Plaintiffs N.O. and H.H.* | Fax:   212-836-8689 |
| | Email: david.schwartz@arnoldporter.com |
| | Email: jami.vibbert@arnoldporter.com |
| | |
| | ARNOLD & PORTER |
| | Daniel E. Raymond (*pro hac vice forthcoming*) |
| | 70 West Madison Street, Suite 4200 |
| | Chicago, IL 60602-4231 |
| | Tel:   312-583-2379 |
| | Fax :   312-583-2360 |
| | Email: daniel.raymond@arnoldporter.com |
| | |
| | *Attorneys for Defendant Mayne Pharma* |
| | *Commercial LLC* |

### ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 12).

DATED: 1/21/2026

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DW
DICKINSON WRIGHT
ATTORNEYS AT LAW

3