Sonjay C. Singh (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
Email:  ssingh@sirillp.com

Mona Amini, Esq (SBN15381)
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: mona@kazlg.com

*Attorneys for Plaintiffs,*
N.O. and H.H.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| N.O. and H.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYNE PHARMA COMMERCIAL LLC, THERAPEUTICSMD, INC., DPT LABORATRIES, LTD., and MITHRA PHARMACEUTICALS SA,<br><br>Defendants. | Case No. 2:25-cv-02593-CDS-DJA<br><br>**JOINT STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: December 24, 2025<br><br>Current Response Date: January 21, 2026<br><br>Proposed New Response Date: March 23, 2026 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND

### JOINT STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiffs N.O. and H.H. ("Plaintiffs") and Defendant DPT Laboratories, Ltd. ("DPT") hereby stipulate as follows:

1. DPT has been served with Plaintiffs' Complaint in this action.

2. DPT's Response to the Complaint currently is due on January 21, 2026.

3. DPT has not previously requested or received any extension of time to respond to the Complaint.

4. Plaintiffs have agreed, subject to the Court's approval, to give DPT a sixty day extension to respond to the Complaint so that (i) DPT can investigate Plaintiffs' claims and the parties can discuss whether DPT is a proper party to this action, (ii) the parties can meet and confer regarding DPT's proposed response in light of the information learned in that investigation, and (iii) DPT can retain counsel if needed to represent it in this action.

5. This extension is the first extension that DPT has requested to respond to the Complaint.

6. Accordingly, the parties hereby stipulate and agree that the DPT's response to the Complaint in this action will be due on **March 23, 2026**.

**IT IS SO STIPULATED.**

*** Signatures on Page to Follow ***

- 1 -
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Respectfully submitted,

Dated: January 21, 2026

*/s/ Sonjay Singh*
Sonjay Singh (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
E-mail: ssingh@sirillp.com

Mona Amini, Esq. (SBN 15381)
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: mona@kazlg.com

*Attorneys for Plaintiffs*

Dated: January 21, 2026

*/s/ Brad Matta*
Brad Matta
Attorney (In-House Counsel) for Defendant
DPT Laboratories, LTD

*Attorney for Defendant,*
DPT Laboratories, LTD

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated  1/22/2026
_____

- 2 -

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT