DICKINSON WRIGHT PLLC
Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel: 702-550-4400
Fax: 844-670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

ARNOLD & PORTER KAYE SCHOLER LLP
David B. Schwartz *(pro hac vice forthcoming)*
Jami Vibbert *(pro hac vice forthcoming)*
250 West 55th Street
New York, NY 10019-9710
Tel: 212-836-7383/212-836-7950
Fax: 212-836-8689
Email: david.schwartz@arnoldporter.com
Email: jami.vibbert@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel E. Raymond *(pro hac vice forthcoming)*
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: 312-583-2379
Fax: 312-583-2360
daniel.raymond@arnoldporter.com

*Attorneys for Defendants Mayne Pharma Commercial LLC, TherapeuticsMD, Inc., and DPT Laboratories, Ltd.*

**UNITED STATES DISTRICT COURTD**

**DISTRICT OF NEVADA**

N.O. and H.H., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MAYNE PHARMA COMMERCIAL LLC, THERAPEUTICSMD, INC., DPT LABORATORIES, LTD., and MITHRA PHARMACEUTICALS SA,

Defendants.

Case No. 2:25-cv-02593-CDS-DJA

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY**

Defendants Mayne Pharma Commercial, LLC, TherapeuticsMD, Inc., and DPT Laboratories, Ltd. (collectively, "Defendants"), submit this response to Plaintiffs' Motion to Proceed Pseudonymously (ECF No. 16) (the "Motion").

Defendants do not oppose Plaintiffs' request to proceed pseudonymously given Plaintiffs' self-disclosure of their medical conditions and prescription information in the Complaint. *See* Compl. ¶¶ 16-29. Defendants object, however, to Plaintiffs' factual mischaracterizations in the Motion. Contrary to Plaintiffs' unsupported assertions in the Motion, Defendants did not and could not have learned of Plaintiffs' identities, medical information, or prescription information through their browsing of the websites. Among other things, Plaintiffs did not and could not have "register[ed] for accounts" or "appl[ied] for … Savings Cards" on the websites and therefore that information could not have been collected on the websites or transmitted to third parties. Mot. at 2:6-17.

The websites at issue in the Complaint, including the Doryx Website and the Imvexxy Website allegedly visited by Plaintiffs, are public websites that any individual can visit to download a cost-savings or copay card, regardless of their medical status or whether they have received a prescription. There is no registration, application, enrollment, identification, or verification process on the websites to download a cost-savings or copay card through which Plaintiffs could have disclosed their identities, medical condition, or prescription information and no non-conclusory factual allegations in the Complaint to the contrary.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Despite the factual inaccuracies present in the Motion, Defendants have no objection to Plaintiffs proceeding pseudonymously.

Dated: February 19, 2026

DICKINSON WRIGHT PLLC

By: */s/ Michael N. Feder*

Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: mfeder@dickinsonwright.com
Email: gblumberg@dickinsonwright.com

ARNOLD & PORTER KAYE SCHOLER LLP
David B. Schwartz (*pro hac vice forthcoming*)
Jami Vibbert (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019-9710
Tel: 212-836-7383/212-836-7950
Fax: 212-836-8689
Email: david.schwartz@arnoldporter.com
Email: jami.vibbert@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel E. Raymond (*pro hac vice forthcoming*)
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel: 312-583-2379
Fax : 312-583-2360
Email: daniel.raymond@arnoldporter.com

*Attorneys for Defendants Mayne Pharma Commercial LLC, TherapeuticsMD, Inc., and DPT Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT PLLC and that on February 19, 2026, pursuant to Federal Rule of Civil Procedure 5(b), I served a true and correct copy of **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY** on the parties through the Court's CM/ECF e-filing system to the following:

Sonjay C. Singh (*pro hac vice*)
Tyler James Bean (*pro hac vice)*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: ssingh@sirillp.com
Email: tbean@sirillp.com

Mona Amini
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113
Tel: 800-400-6808
Fax: 800-520-5523
Email: mona@kazlg.com

*Attorneys for Plaintiffs N.O. and H.H.*

*/s/ Dianne M. Kelling*
An Employee of Dickinson Wright PLLC