DICKINSON WRIGHT PLLC
Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:    702-550-4400
Fax:    844-670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

ARNOLD & PORTER
David B. Schwartz (*pro hac vice forthcoming*)
Jami Vibbert (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019-9710
Tel:    212-836-7383/212-836-7950
Fax:    212-836-8689
Email: david.schwartz@arnoldporter.com
Email: jami.vibbert@arnoldporter.com

ARNOLD & PORTER
Daniel E. Raymond (*pro hac vice forthcoming*)
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel:    312-583-2379
Fax :   312-583-2360
Email: daniel.raymond@arnoldporter.com

*Attorneys for Defendant Mayne Pharma
Commercial, LLC, TherapeuticsMD, Inc., and
DPT Laboratories, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| N.O. and H.H., on behalf of themselves and all others similarly situated, | Case No.: 2:25-cv-02593-CDS-DJA |
| Plaintiffs, | |
| v. | **AMENDED JOINT MOTION AND ORDER EXTENDING THE TIME FOR THERAPEUTICSMD, LLC TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT (FIRST REQUEST)** |
| MAYNE PHARMA COMMERCIAL, LLC, THERAPEUTICSMD, INC., DPT LABORATORIES, LTD., and MITHRA PHARMACEUTICALS SA, | |
| Defendants. | |


DICKINSON WRIGHT
ATTORNEYS AT LAW

1

Defendant TherapeuticsMD, Inc. ("TherapeuticsMD") and Plaintiffs N.O. and H.H. (collectively "Plaintiffs"), by and through their respective undersigned counsel of record, hereby submit this Amended Joint Motion and [Proposed] Order Extending The Time for TherapeuticsMD to Answer, Respond or Otherwise Plead to Complaint (First Request) in this action ("Amended Joint Motion"):

1.  Plaintiffs filed their class-action Complaint on December 24, 2025 (ECF No. 1).

2.  TherapeuticsMD was served with the Complaint on December 30, 2025 (ECF No. 6).

3.  Pursuant to FRCP 12(a)(1)(A)(i), TherapeuticsMD's deadline to answer, move, or otherwise respond to the Complaint was January 20, 2026.

4.  On January 7, 2026, former counsel for TherapeuticsMD contacted Plaintiffs' counsel by email to request an extension until February 3, 3026, for TherapeuticsMD to answer, move, or otherwise respond to the Complaint.  Plaintiffs' counsel responded by email and consented to that request on the same day.  TherapeuticsMD's former counsel did not file a joint motion with the Court reflecting this agreed extension prior to the deadline passing on January 20, 2026.

5.  The undersigned counsel took over the defense for TherapeuticsMD on or about February 2, 2026, and immediately requested an additional extension from Plaintiffs' counsel, until March 23, 2026, to align the responsive pleading deadline with that of the other served defendants represented by the undersigned counsel.  Plaintiffs' counsel agreed, and the undersigned counsel filed the Joint Motion (ECF No. 17) on February 13, 2026, which the Court denied without prejudice because "the moving parties do not demonstrate excusable neglect" as required by the Federal Rules and Local Rules (ECF No. 18).

6.  The undersigned counsel respectfully represents that for the reasons set forth above —including, but not limited to, the failure to file a joint motion with the Court seeking approval of a prior agreed-to extension of time between TherapeuticsMD and Plaintiffs' counsel for

TherapeuticsMD to respond, move, or otherwise plead to the Complaint—the Court should find that TherapeuticsMD's late filing of the Joint Motion was excusable neglect. The delay "has no impact on [the] judicial proceedings," and there is no "danger of prejudice" here because Plaintiffs have already agreed to the modest extension of time. *Peters v. York Risk Servs. Grp., Inc.,* 2024 WL 2185614, at *1 (D. Nev. May 14, 2024) (citing *Briones v. Riviera Hotel & Casino,* 116 F.3d 379, 381 (9th Cir. 1997)). Further, the undersigned counsel for TherapeuticsMD acted in good faith by promptly requesting an additional extension from Plaintiffs' counsel after taking over the defense for TherapeuticsMD and thereafter filing the joint motion.

7. The requested extension is necessary to allow the undersigned counsel to continue investigating and assessing the allegations and claims asserted in the Complaint. Alignment of the response deadlines for the three (3) defendants represented by the undersigned counsel will not prejudice Plaintiffs and will promote the efficient administration of this case.

8. Accordingly, the Parties hereby stipulate and agree to an extension of time to and including **Monday, March 23, 2026**, for TherapeuticsMD to answer, move or otherwise respond to the Complaint.

9. While this is an Amended Joint Motion, it is still the first request for an extension of time for TherapeuticsMD to answer, move or otherwise respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3


DICKINSON WRIGHT
ATTORNEYS AT LAW

10. This Joint Motion is made in good faith, not for purposes of undue delay, and supported by good cause.

Respectfully submitted.

DATED this 19 day of February 2026.

KAZEROUNI LAW GROUP, APC

/s/ Sonjay C. Singh
Sonjay C. Singh (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: ssingh@sirllp.com
Email: tbean@sirllp.com

KAZEROUNI LAW GROUP, APC
Mona Amini
Nevada Bar No. 15381
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113
Tel: 800-400-6808
Fax: 800-520-5523
Email: mona@kazlg.com

*Attorneys for Plaintiffs N.O. and H.H.*

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
Michael N. Feder (NV Bar No. 7332)
Gabriel A. Blumberg (NV Bar No. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: mfeder@dickinsonwright.com
Email: gblumberg@dickinsonwright.com

ARNOLD & PORTER
David B. Schwartz (*pro hac vice forthcoming*)
Jami Vibbert (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019-9710
Tel:    212-836-7383/212-836-7950
Fax:    212-836-8689
Email: david.schwartz@arnoldporter.com
Email: jami.vibbert@arnoldporter.com

ARNOLD & PORTER
Daniel E. Raymond (*pro hac vice forthcoming*)
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel:    312-583-2379
Fax :   312-583-2360
Email: daniel.raymond@arnoldporter.com

*Attorneys for Defendant Mayne Pharma Commercial LLC, TherapeuticsMD, Inc., and DPT Laboratories, Ltd.*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: 2/23/2026

4