**KAZEROUNI LAW GROUP, APC**
Mona Amini SBN 15381
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113
Tel: 800-400-6808
Fax: 800-520-5523
Email: mona@kazlg.com

**SIRI & GLIMSTAD LLP**
Sonjay C. Singh (*pro hac vice*)
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Email: ssingh@sirllp.com

Tyler J. Bean (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: tbean@sirillp.com

*Attorneys for Plaintiffs,*
N.O. and H.H.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| N.O. and H.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>MAYNE PHARMA COMMERCIAL, LLC, THERAPEUTICSMD, INC., DPT LABORTORIES, LTD., and MITHRA PHARMACEUTICALS SA,<br><br>Defendants | Case No.: 2:25-cv-02593-CDS-DJA<br><br>**JOINT MOTION AND ORDER EXTENDING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 32] |

Plaintiffs N.O. and H.H. (collectively "Plaintiffs") and Defendants Mayne Pharma Commercial LLC, TherapeuticsMD, Inc., and DPT Laboratories, Ltd., by and through their respective undersigned counsel of record, hereby submit this Joint Motion and [Proposed] Order Extending the Time for Plaintiffs to file an Objection to Defendants' Motion to Dismiss and for Defendants to file a Reply in support of the Motion. This is the first stipulation for extension of the briefing schedule on Defendants' Motion to Dismiss.

1. Plaintiffs filed their class-action Complaint on December 24, 2025. (ECF No. 1).

2. The Court subsequently granted a Joint Motion submitted by the Parties extending Defendants' time to file a response to March 23, 2026. (ECF No. 21).

3. Defendants timely filed their Motion to Dismiss the Complaint (the "Motion") on March 23, 2026. (ECF No. 28).

4. Pursuant to Local Rule 7-2(b), Plaintiffs' deadline to file and serve points and authorities in response to the Motion is April 6, 2026, and Defendant's deadline to file and serve any reply in support of the Motion is April 13, 2026.

5. On March 25-26, 2026, counsel for the Parties conferred and agreed to extend the deadlines for Plaintiffs' Response to the Motion and Defendants' Reply in Support of the Motion by three weeks.

6. The requested extension is necessary to allow the undersigned counsel to adequately analyze and respond to the complex legal issues raised by Defendants' Motion, particularly due to Plaintiffs' counsel's pre-planned travel. Ensuring that the parties have adequate time to brief the issues will promote the efficient administration of this case.

7. Accordingly, the Parties hereby stipulate and agree to an extension of time to and including **Monday, April 27, 2026** for Plaintiffs to file and serve points and authorities in response to the Motion, and an extension of time to and including **Tuesday, May 22, 2026** for Defendants to file and serve any reply.

8. This Joint Motion is made in good faith, not for purposes of undue delay, and supported by good cause.

Respectfully submitted.

Date: March 31, 2026

**SIRI & GLIMSTAD LLP**                    **DICKINSON WRIGHT PLLC**

*/s/ Sonjay C. Singh*                      */s/ Michael N. Feder*
Sonjay C. Singh (*pro hac vice*)          Michael N. Feder SBN 7332
400 East Pratt Street                     Gabriel A. Blumberg SBN 12332
8th Floor - 16946751                      3883 Howard Hughes Parkway, Suite 800
Baltimore, MD 21202                       Las Vegas, NV 89169
Email: ssingh@sirllp.com                  Tel: 702-550-4400
                                          Fax: 844-670-6009
Tyler J. Bean (*pro hac vice*)            Email: mfeder@dickinsonwright.com
745 Fifth Avenue, Suite 500               Email: gblumberg@dickinsonwright.com
New York, NY 10151
Tel: 212-532-1091                         **ARNOLD & PORTER**
Email: tbean@sirillp.com                  David B. Schwartz (*pro hac vice*)
                                          Jami Vibbert (*pro hac vice*)
**KAZEROUNI LAW GROUP, APC**              250 West 55th Street
*/s/ Mona Amini*                          New York, NY 10019-9710
Mona Amini SBN15381                       Tel:    212-836-7383/212-836-7950
6940 S. Cimarron Road, Suite 210          Fax:    212-836-8689
Las Vegas, NV 89113                       Email: david.schwartz@arnoldporter.com
Tel: 800-400-6808                         Email: jami.vibbert@arnoldporter.com
Fax: 800-520-5523
Email: mona@kazlg.com                     Daniel E. Raymond (*pro hac vice*)
                                          70 West Madison Street, Suite 4200
*Attorneys for Plaintiffs,*               Chicago, IL 60602-4231
N.O. and H.H.                             Tel:    312-583-2379
                                          Fax :   312-583-2360
                                          Email: daniel.raymond@arnoldporter.com

                                          *Attorneys for Defendants,*
                                          Mayne Pharma Commercial LLC,
                                          TherapeuticsMD, Inc., and
                                          DPT Laboratories, Ltd.

                         **ORDER**


                    IT IS SO ORDERED.



                    _____
                    HON. CRISTINA D. SILVA
                    UNITED STATES DISTRICT JUDGE

                    Dated:    March 31, 2026
                    _____

3