KAZEROUNI LAW GROUP, APC
Mona Amini
Nevada Bar No. 15381
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113
Tel: 800-400-6808
Fax: 800-520-5523
Email: mona@kazlg.com

SIRI & GLIMSTAD LLP
Sonjay C. Singh (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: ssingh@sirllp.com
Email: tbean@sirillp.com

*Attorneys for Plaintiffs N.O. and H.H.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| N.O. and H.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAYNE PHARMA COMMERCIAL, LLC, THERAPEUTICSMD, INC., DPT LABORTORIES, LTD., and MITHRA PHARMACEUTICALS SA,<br><br>Defendants. | Case No.: 2:25-cv-02593-CDS-DJA<br><br>**JOINT MOTION AND [PROPOSED] ORDER STAYING THE DEADLINE TO FILE A DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER (FIRST REQUEST)** |

Plaintiffs N.O. and H.H. (together, the "Plaintiffs") and Defendants Mayne Pharma Commercial LLC, TherapeuticsMD, Inc., and DPT Laboratories, Ltd., (collectively, the "Defendants" and together with Plaintiffs, the "Parties") by and through their respective undersigned counsel of record, hereby submit this Joint Motion and [Proposed] Order Staying the Deadline for the Parties to file a Discovery Plan and Proposed Scheduling Order until 30 days after the Court's decision on Defendants' pending Motion to Dismiss. In support thereof, the Parties

1

state as follows:

1.  Plaintiffs filed their class-action Complaint on December 24, 2025. (ECF No. 1).

2.  Defendants filed their Motion to Dismiss the Complaint on March 23, 2026. (ECF No. 28).

3.  Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on April 27, 2026. (ECF No. 35).

4.  Defendants will file any Reply in support of their Motion to Dismiss by May 22, 2026. (ECF No. 33). At that time, the Motion will be fully briefed.

5.  The Court's decision on the Motion to Dismiss may alter the factual issues in this case by potentially eliminating some claims and narrowing the issues or by causing Plaintiffs to amend their Complaint, potentially changing the scope of discovery. Staying discovery and the development of a discovery plan in the interim will ensure that the discovery plan is appropriately tailored to the claims the Court finds meritorious.

6.  Courts have the inherent power to stay discovery pending a dispositive motion, and often grant a stay if it will "only lead to a 'short delay' in th[e] case until the Motion to Dismiss is adjudicated." *Overall v. Transp. Commodities, Inc.*, 2026 U.S. Dist. LEXIS 34652, at *4 (D. Nev. Feb. 20, 2026) (quoting *Free Speech Found., Inc. v. Phila. Indem. Ins. Co.*, 2023 U.S. Dist. LEXIS 238352, 2023 WL 11802591, at *3 (D. Nev. Dec. 22, 2023).

7.  The Federal Rules of Civil Procedure favor the just, speedy, and inexpensive determination of every action. *Id*. Here, the Parties believe that judicial economy favors the creation of a discovery plan after the Court's decision on the pending Motion to Dismiss.

8.  This Joint Motion is made in good faith, not for purposes of undue delay, and supported by good cause.

Respectfully submitted.

DATED this 7th day of May 2026.

KAZEROUNI LAW GROUP, APC

*/s/ Mona Amini*

Mona Amini
Nevada Bar No. 15381
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113
Tel: 800-400-6808
Fax: 800-520-5523
Email: mona@kazlg.com

SIRI & GLIMSTAD LLP
Sonjay C. Singh (*pro hac vice*)
Tyler J. Bean (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: ssingh@sirllp.com
Email: tbean@sirllp.com

*Attorneys for Plaintiffs N.O. and H.H.*

DICKINSON WRIGHT PLLC

*/s/ David Schwartz*

Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: mfeder@dickinsonwright.com
Email: gblumberg@dickinsonwright.com

ARNOLD & PORTER
David B. Schwartz (*pro hac vice*)
Jami Vibbert (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Tel:   212-836-7383/212-836-7950
Fax:   212-836-8689
Email: david.schwartz@arnoldporter.com
Email: jami.vibbert@arnoldporter.com

ARNOLD & PORTER
Daniel E. Raymond (*pro hac vice*)
300 N. LaSalle Drive, Suite 3500
Chicago, IL 60654-3406
Tel:   312-583-2379
Fax :   312-583-2360
Email: daniel.raymond@arnoldporter.com

*Attorneys for Defendant Mayne Pharma
Commercial LLC, TherapeuticsMD, Inc., and
DPT Laboratories, Ltd.*

**ORDER**

IT IS SO ORDERED.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Dated: _____5/11/2026_____

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that the foregoing **JOINT MOTION AND [PROPOSED] ORDER STAYING THE DEADLINE TO FILE A DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER (FIRST REQUEST)** was served via CM/ECF to all parties appearing in this case.

DATED this 7th day of May 2026.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Mona Amini, Esq.
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Email: mona@kazlg.com

4